IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:15CR95 |
| | ) | |
| STACY P. WADDELL, | ) | |
| | ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 22nd day of October, 2015, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Parties will have 21 days to file briefs on Defendant's Motions to Suppress (docs. 57 and 63).

All other pretrial motions are MOOT.

SO ORDERED this 26TH day of October, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA