FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAY 26 AM 10: 55

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR415-095 |
| | ) | |
| STACY PAUL WADDELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is Defendant Stacy Paul Waddell's Motion for Additional Internet and Computer Access to Prepare Defense. (Doc. 214.) Defendant, who is appearing pro se and currently held in pretrial detention, requests that he be immediately permitted up to three hours per day of internet access. (Id. ¶ 3.) Additionally, Defendant requests that he be immediately permitted up to twelve hours per week of access to a non-internet computer. (Id. ¶ 4.) Defendant is currently allowed six hours per week of non-internet computer use. (Id.)

After careful consideration, Defendant's motion is **GRANTED IN PART** and **DENIED IN PART**. The Court previously allowed Defendant three hours of internet access per day beginning ten days prior to trial, which was originally scheduled to begin on June 20, 2016. However, trial in this case has been subsequently rescheduled for July 18, 2016.

(Doc. 238.) While the Court sees no reason to grant Defendant immediate internet access, Defendant shall have up to three hours per day of internet access beginning on Monday, June 27, 2016 through the conclusion of trial.[1] Defendant's access to a non-internet computer is immediately increased to nine hours per week through the conclusion of trial.

SO ORDERED this 25th day of May 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This increases Defendant's internet access from ten to twenty-one days prior to the rescheduled trial date.