**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'?'129 AM II: 35

CLERK
. OF GA.

UNITED STATES OF AMERICA )
)
v. )      CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
     Defendant. )
_____ )

<u>O R D E R</u>

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 235), to which objections have been filed (Doc. 243). After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's Motion to Dismiss Third Superseding Indictment (Doc. 213; Doc. 219) is **DENIED**.[1]

SO ORDERED this *28th* day of June 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____

[1] While the Government has subsequently filed a Fourth Superseding Indictment (Doc. 244), this latest indictment contains only minor clerical changes. Therefore, this Court elected to rule on the merits of Defendant's arguments, rather than dismiss his motion as moot.