IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Government's Motion in Limine, which seeks to prohibit Defendant from introducing at trial evidence or testimony that includes self-serving hearsay. (Doc. 187.) Specifically, the Government anticipates that Defendant intends to offer at trial documents, such as text messages and e-mails, that contain statements Defendant made to certain witnesses. Absent the actual statements and the context in which they will be offered, the Court is unable at this time to determine the admissibility of possible evidence or testimony Defendant may seek to introduce at trial. For this reason, the Government's motion is **DENIED**. If necessary, the Government may renew its objection at trial.

While the Court has denied the Government's motion, Defendant should be aware that the Court will preclude him from introducing at trial any evidence or testimony that is

prohibited as hearsay as defined in Federal Rule of Evidence 801. See Fed. R. Evid. 802 (prohibiting the introduction of hearsay). Should Defendant seek to introduce at trial any of his prior statements through a testifying witness, that prior statement must either not qualify as hearsay, see Fed. R. Evid. 801(c)-(d), or fall under an exception to the rule, see id. 803. Otherwise, the statement will be deemed inadmissible hearsay and the Court will prohibit its introduction at trial.

SO ORDERED this 30th day of June 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA