IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) CASE NO. CR415-095 |
| STACY PAUL WADDELL, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Stacy Paul Waddell's Motion for Contempt. (Doc. 190.) In this motion, Defendant seeks to hold the Government in contempt for allegedly withholding an electronic document attached to an email sent by Defendant to an alleged victim of the fraud scheme. (Id. at 1.) As a remedy, Defendant requests that the Court prohibit the Government from introducing at trial Mr. Robert Folkenberg's video deposition. (Id. at 2.) After careful consideration of Defendant's motion, the Government's response, and the record in this case, the Court can find no grounds for holding the Government in contempt. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 8th day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA