# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )  CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Stacy Paul Waddell's Fourth Motion in Limine. (Doc. 289.) In this motion, Defendant seeks to prohibit the Government from "using at trial any jail calls not previously provided in audio form for defendant's review." (Id. at 2.) In addition, Defendant would like his internet access increased to six hours per day. (Id.)

After careful consideration, Defendant's motion is **DENIED**. The Court will reserve any evidentiary ruling concerning these jail calls until they are offered at trial by the Government and objected to by Defendant. Also, this Court has already increased Defendant's internet access from six hours per week to three hours per day. At this point, the Court finds no reason to again increase Defendant's access.

SO ORDERED this **29th** day of July 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA