IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
Defendant. )

## O R D E R

Before the Court is Doctor William Wiley's Motion to Quash Subpoena. (Doc. 297.) Doctor Wiley was identified in the superseding indictment as a victim in this case, prompting the Subpoena from Defendant. In his motion, Doctor Wiley states that he has "office visits, surgery, and medical procedures" scheduled for the week this case is set for trial. (Id. at 2.) Additionally, Doctor Wiley states that he has no testimony to offer that would be favorable to Defendant. (Id. at 3.) After careful consideration, the Court can find no reason to quash the subpoena. Accordingly, Doctor Wiley's motion is **DENIED**.

SO ORDERED this 4th day of August 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA