IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Stacy Paul Waddell's Motion for Copies. (Doc. 327.) In this motion, Defendant requests a "printout of [his] docket and cop[ies] of any filing after document #30." (Id. at 1.) After careful consideration, Defendant's motion is **DENIED**. Defendant has enjoyed continuous access to his docket from the beginning of this case. Moreover, Defendant's request is extremely broad, encompassing over three hundred filings and thousands of pages.

SO ORDERED this 10th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA