FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 FEB 10 PM 2:11

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR415-095 |
| ) | |
| STACY PAUL WADDELL, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Defendant Stacy Paul Waddell's "Motion for Law Library, Computer & Internet to Prepare for Motion for New Trial, Sentencing, and Possible Appeal." (Doc. 320.) The Government has filed a response that, while not necessarily advocating for the denial of Defendant's motion, states that Defendant lacks a right of unfettered access to legal resources and suggests that Defendant failed to make good use of his internet time prior to trial. (Doc. 330.) After careful consideration of Defendant's request, the Government's response, and this Court's prior experience with Defendant, Defendant's motion is **DENIED**. Defendant's Motion for Ruling (Doc. 336) is **DISMISSED AS MOOT**.

SO ORDERED this 10th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA