IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
Defendant. )
)

## ORDER

Before the Court is Defendant Stacy Paul Waddell's Emergency Motion for Funds for Standby Counsel. (Doc 372.) In this motion, Defendant requests that the Court authorize funds under the Criminal Justice Act that will be used to have his former appointed attorney deliver documents to Defendant, who is currently serving a federal term of incarceration during the pendency of his appeal. (Doc. 372 at 1.) Defendant knowingly and intelligently elected to proceed without the assistance of counsel in this case. (Doc. 108.) Despite appearing pro se, Defendant has routinely attempted to utilize his prior counsel, who is only acting as standby counsel, to perform routine tasks, such as transporting and delivering legal documents. As this Court previously informed Defendant when it attempted to persuade him from appearing pro se, Defendant's decision not to accept counsel in this case would have significant

implications and present him with severe difficulties, both at trial and on appeal. This Court cannot, in good conscious, authorize additional taxpayer funds so that Defendant can use the imminently qualified legal counsel provided by the Court to perform administrative duties and other tasks involving little more than manual labor. Accordingly, Defendant's motion (Doc. 372) is **DENIED**.

SO ORDERED this  1ST  day of May 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA