IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CASE NO. CR415-095 |
| STACY PAUL WADDELL, | ) |
| Defendant. | ) |

## O R D E R

Before the Court are Defendant Stacy Paul Waddell's Motion for Sentencing Hearing Transcripts (Doc. 386) and Motion to Proceed In Forma Pauperis (Doc. 389). After careful consideration, Defendant's Motion for Sentencing Hearing Transcripts is **GRANTED**. Defendant's Motion to Proceed In Forma Pauperis is **DISMISSED AS MOOT**. This Court has already granted Defendant indigent status in this case. (Doc. 32; Doc. 33.) While Defendant claims the Eleventh Circuit Court of Appeals has notified him that he must request leave to proceed in forma pauperis, the Court can find no record of any such notice.

SO ORDERED this 28th day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA