FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 29 AM 11:42
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
Defendant. )
)

## ORDER

Before the Court is the Government's Motion for an Order Directing that the Court Apply Seized Property to Defendant's Restitution. (Doc. 362.) Defendant has filed a response in opposition. (Doc. 367.) After careful consideration, the Government's motion is **GRANTED**.

The United States Secret Service is **DIRECTED** to execute a liquidation sale of the seized property and remit the proceeds, along with the seized cash to the Clerk of Court for the Southern District of Georgia, for partial satisfaction and payment of restitution to the victims.

The Clerk of the United States District Court for the Southern District of Georgia is **DIRECTED** to accept said delivery of funds from the United States Secret Service and apply those funds to Defendant's outstanding restitution in accordance with the priority and schedule set forth in the criminal judgment (Doc. 360).

The United States Secret Service is **DIRECTED** to attempt the return of the unnegotiated cashier's check that was made payable to the Defendant's company, Southern Precious Metals. If the payor of the check cannot be identified within thirty days from the date of this Order, the United States Secret Service is **DIRECTED** to destroy the check.

SO ORDERED this 29th day of March 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA