FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 29 PM 3:43

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
Defendant. )
)

# O R D E R

Before the Court is Defendant Stacy Paul Waddell's Motion for Bureau of Prisons Designation. (Doc. 352.) In this motion, Defendant requests the Court recommend that he serve his sentence the Federal Correctional Institute in Jesup, Georgia. (Id. at 1.) Defendant is currently being housed at that facility. Accordingly, Defendant's motion is **DISMISSED AS MOOT**.

SO ORDERED this 29th day of March 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA