IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO. CR415-095 |
| STACY PAUL WADDELL, | |
| Defendant. | |

## O R D E R

Before the Court is Defendant Stacy Paul Waddell's Motion to Stay Pending Appeal. (Doc. 394.) In the motion, Defendant requests that the Court stay its earlier order (Doc. 392) permitting the Government to liquidate Defendant's personal property and apply the proceeds toward Defendant's restitution obligations. The Government did not respond to Defendant's motion. See S.D. Ga. L.R. 7.5 ("Failure to respond within the applicable time period shall indicate that there is no opposition to a motion."). After careful consideration, Defendant's motion is **GRANTED**. Accordingly, this Court's order permitting liquidation of Defendant's personal property is hereby **STAYED** until such time as Defendant's appeal is resolved by the Eleventh Circuit Court of Appeals.

SO ORDERED this 4th day of May 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA