IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR415-095
)
STACY PAUL WADDELL, )
)
Defendant. )
)

O R D E R

Before the Court is Defendant's Emergency Motion for Compassionate Release. (Doc. 404.) In his motion, Defendant requests that this Court modify his term of imprisonment and allow Defendant to serve the remaining portion of his sentence on home confinement. (Id.) After careful consideration, the Court finds that the Defendant is not entitled to a modification of his term of imprisonment. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 14th day of April 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA