IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR415-095 |
| ) | |
| STACY PAUL WADDELL, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant Stacy Paul Waddell's Request for Appointment of Counsel. (Doc. 412.) In his motion, Defendant requests that the Court appoint Kevin Robert Gough to represent him in the proceedings on remand from the Eleventh Circuit Court of Appeals.[1] (Id. at 1.) Defendant states that Mr. Gough is currently representing Defendant on appeal and has knowledge of Defendant's case. (Id.)

"While the Sixth Amendment guarantees criminal defendants the right to counsel, it does not grant defendants an unqualified right to counsel of their choice." United States v. Amede, 977 F.3d 1086, 1106 (11th Cir. 2020) (citing United States v. Joyner, 899 F.3d 1199, 1205 (11th Cir. 2018)). Accordingly, Defendant is **DIRECTED** to respond to this order within **twenty-one days** and provide the Court with proof that Mr. Gough is currently

---

[1] On December 23, 2020, the Eleventh Circuit remanded this case for resentencing and "further fact-finding" on the issue of whether certain evidence should be suppressed. United States v. Waddell, No. 18-10980, 2020 WL 7647515, at *21 (11th Cir. Dec. 23, 2020).

representing Defendant at the appellate level and willing to represent Defendant on remand. Failure to respond to this order within **twenty-one days** will result in denial of Defendant's motion and appointment of counsel for Defendant in accordance with Southern District of Georgia Local Rule 83.11.

SO ORDERED this 27th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA